IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 06-cr-00095-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LORENZO SOLIS-MARQUES,
    a/k/a Lorenzo Solis-Marquez,
    a/k/a Lorenzo Flores
    a/k/a Juan Lozano
    /ak/a Juan Lozano Rodriguez

    Defendant.

## ORDER GRANTING MOTION TO DISCLOSE GRAND JURY MATERIAL

THIS MATTER comes before the Court on Government's Motion to Disclose Grand Jury Material to Defendant (Dkt. # 7), pursuant to F.R.Crim.P. 6(e) (3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted and that grand jury testimony and grand jury exhibits may be disclosed to the defendant and his attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall be used only in defending this case; that such materials are disclosed only to the defendant and his attorney; that the defendant's attorney shall maintain custody of such materials, and shall not reproduce

or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED: March 31, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge