IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00095-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LORENZO SOLIS-MARQUES,
  a/k/a Lorenzo Solis-Marquez
  a/k/a Lorenzo Flores
  a/k/a Juan Lozano
  a/k/a Juan Lozano Rodriguez,

      Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **April 17, 2006** and responses to these motions shall be filed by **April 26, 2006**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **May 25, 2006 at 8:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a three-day jury trial is set for **June 5, 2006 at 1:30 p.m.**

DATED: March 31, 2006            BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge